*Michael A. Rubino, Jr.,* special public defender, in support of the petition.

*Christopher T. Godialis,* deputy assistant state's attorney, in opposition.

Decided January 29, 1996

## JEFFREY A. WALKER *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 910 (AC 14263), is denied.

*Jeffrey A. Walker,* pro se, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided January 29, 1996

## STATE OF CONNECTICUT *v.* JOSE GARCIA

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Monte P. Radler,* assistant public defender, in support of the petition.

*Denise B. Smoker,* deputy assistant state's attorney, in opposition.

Decided February 5, 1996

## STATE OF CONNECTICUT *v.* JAMES DARDEN

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 39 Conn. App.